**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                                  ) Case No.: 14-20371 - C - 11
The Roman Catholic Bishop of           ) Adv No.: 22-02019
Stockton, a Californi,
        Debtor.                        ) Docket Control No.: FWP-1
                                       ) Document No.: 9
_____    )
                                       )
John JK Doe #1 et al.,                 ) Date: 05/25/2022
        Plaintiffs,                    ) Time: 1:30 PM
v.                                     ) Dept: C
Diocese of Stockton et al.,            )
        Defendants.                    )
_____    )
```

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion to dismiss the notice of removal is granted, and the case is dismissed.

Dated: June 01, 2022

_United States Bankruptcy Judge_

[9] - Motion/Application For Contempt for Violation of Discharge and Plan Injunction [FWP-1] Filed by Defendants Bishop Roger Mahony, Diocese of Stockton, Father Oliver Francis O'Grady (mgrs) [9] - Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [FWP-1] Filed by Defendants Bishop Roger Mahony, Diocese of Stockton, Father Oliver Francis O'Grady (mgrs) [9] - Motion/Application to Enforce Discharge and Plan Injunction [FWP-1] Filed by Defendants Bishop Roger Mahony, Diocese of Stockton, Father Oliver Francis O'Grady (mgrs)